**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

HEON-CHEOL CHI,
*Defendant-Appellant.*

No. 17-50358

D.C. No.
2:16-cr-00824-JFW-1

ORDER AMENDING
OPINION

Filed November 19, 2019

Before: Johnnie B. Rawlinson and Carlos T. Bea, Circuit Judges, and Benjamin H. Settle,**\*** District Judge.

## ORDER

The opinion filed on August 30, 2019, is amended as follows:

Slip opinion page 21: DELETE <And on May, 24 2015—approximately six months before the wire transfers—>. In its place ADD <In another,>.

---

**\*** The Honorable Benjamin H. Settle, United States District Judge for the Western District of Washington, sitting by designation.

The amended sentence shall read, "In another, Chi sent Kinemetrics an email providing them with confidential information about a competing company."

With the foregoing amendment, the panel has voted to deny the petition for panel rehearing. Judges Rawlinson and Bea have voted to deny the petition for rehearing en banc, and Judge Settle so recommends.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are **DENIED**. No additional petitions for rehearing will be permitted.